# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| SHARON DULL MULLEN and RENEE H. MULLEN,<br>*Plaintiff,*<br>v.<br>CITY OF DUBUQUE, IOWA, CRENNA BRUMWELL SAHM, and CLERK OF COURT, DUBUQUE COUNTY COURTHOUSE,<br>*Defendants.* | )<br>)<br>)   Civil Action No.   C14-1023<br>)<br>)<br>) |

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☑ Granted:

*Plaintiffs must cause Defendants to be served.*

The clerk is ordered to file the complaint and issue a summons. ~~The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.~~

☐ Granted Conditionally:

The clerk is ordered to file the complaint. Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons. If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed. The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s). The United States will advance the costs of service. Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date:   November 10, 2014

*Judge's signature*

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
*Printed name and title*